# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

DUSTIN BOGGS
*on behalf of the Estate of*
Luke Tyler Holstein,

      Plaintiff,

v.   CIVIL ACTION NO.   5:24-cv-151

BETSY JIVIDEN
*individually as a Former Employee of the West Virginia Division of Corrections and Rehabilitation*, and
MICHAEL FRANCIS
*individually as a Former Employee of the West Virginia Division of Corrections and Rehabilitation,* and
TIFFANY FORD
*individually as an employee of the West Virginia Division of Corrections and Rehabilitation,* and
JUSTIN DAVIS
*individually as an employee of the West Virginia Division of Corrections and Rehabilitation,* and
VALERIE BROWN
*individually as an employee of the West Virginia Division of Corrections and Rehabilitation,* and
RYAN WALLS
*individually as an employee of the West Virginia Division of Corrections and Rehabilitation,* and
CHRISTOPHER WALKER
*individually as an employee of the West Virginia Division of Corrections and Rehabilitation,* and
AARON JOHNSON
*individually as an employee of the West Virginia Division of Corrections and Rehabilitation,* and
JOHN/JANE DOE CORRECTIONAL OFFICERS,

      Defendants.

### ORDER AND NOTICE

      Pursuant to *Local Rule of Civil Procedure* 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

| | |
|---|---|
| **08/19/2024** | Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).) |
| **09/16/2024** | Last day for Rule 26(f) meeting. |
| **09/23/2024** | Last day to file Report of Parties Planning Meeting and Scheduling Order Worksheet, available on the Court's website. See LR Civ P 16.1. |
| **10/07/2024** | Telephonic Scheduling Conference at **4:30 p.m.**, before the undersigned, unless canceled. Please use call-in information: 304-461-4955; access code 289 089 196#. |
| **10/17/2024** | Entry of Scheduling Order. |
| **10/21/2024** | Last day to serve FR Civ P 26(a)(1) disclosures. |

## NOTICE

The provision of *Federal Rules of Civil Procedure* 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to *Local Rules of Civil Procedure* 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C.§ 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (*Local Rule of Civil Procedure* 73.1, Form 34), or by so indicating on the Report of Parties Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

ENTERED:   July 19, 2024



Frank W. Volk
United States District Judge